# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CONNELLY CONSTRUCTION CORPORATION,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA et al.,** | : | No. 16-555 |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 2nd day of May, 2018, upon consideration of the Court's Findings of Fact and Conclusions of Law (Doc. No. 77), Plaintiff's Motion for Reconsideration (Doc. No. 79), Defendants' Response (Doc. No. 80), Plaintiff's Statement Regarding Remaining Issues (Doc. No. 81), oral argument held on April 18, 2018, and the parties' post-oral argument submissions, **it is ORDERED** as follows:

1. The Motion for Reconsideration (Doc. No. 79) is **DENIED**.

2. Any motions regarding remaining issues, including any motions for summary judgment or for leave to dismiss a claim without prejudice, shall be filed no later than June 1, 2018.

3. Any responses to such motions shall be filed no later than June 22, 2018.

4. A status conference and oral argument on any new motions shall be held on Friday, July 20, 2018 at 10:00 AM, in Courtroom 10B before the Hon. Gene E.K. Pratter, at 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE